All right, we're going to begin this morning with appeal number 20-3272 United States v. John Johnson. We're going to begin with oral argument from Mr. Leonard Thank you, good morning may it please the court Mike Leonard on behalf of Mr. Johnson We're here seeking reversal on two grounds one that the district court erred in failing to dismiss the indictment based upon the existence of a non-prosecution agreement and secondarily that the district court erred in not dismissing the indictment based upon prosecutorial misconduct in the form of repeated discovery violations Including the loss of crucial information from the US Attorney's Office as well as from the detectives This case starts with certain unrebutted facts Mr. Johnson Was told from the inception By the Decatur detectives that he would not be charged for his 2014 conduct Which is the whole gist of our motion In addition from the outset, he was told that there was federal involvement He was told specifically and this is unrebutted that there were a lot of hoops to go through to get federal involvement He was also told at that same time at this first meeting That Detectives had already reached out to federal authorities in the form of reaching out to us probation miss Powell and talking to him Talking to her about his cooperation It's important also to note that from the inception and throughout. Mr. Johnson's dealings with members of law enforcement He did not have counsel at any time And that is something that's a distinguishing feature from this case and all the other cases relied upon the government because I don't think in a Non-prosecution agreement not have counsel. Mr. Leonard with regard to the Agreement initially, there's an oral agreement. Then there's a written agreement. I think it was from 2016 at one point. There's an argument that the written agreement is a formality or a Formalization of the oral agreement. Do you agree with that argument or disagree with it? The word formality is true your honor because what happened was when they call mr. Johnson in he's already months into his cooperation So if we remember the first meeting I just spoke about was December 2015 when they present him with this document We're into March of 2016 and his testimony at the evidence You're hearing is unrebutted that he's already been cooperating doing work to try to make the three deals. So you're right They do present him with a written document it's not in my view a Formality of what they've already agreed to But what they tell him the document is a formality that he must sign it and there's no Testimony at that evidentiary hearing that they went through the document with him Advised him to seek counsel told him he had the right to seek counsel So your argument is the two agreements are separate not connected, correct? Because you know, even if we take we're standing the shoes of mr Johnson at the time and look at what his Reasonable belief was and whether there was a meeting of the minds if you look at that agreement It's on cited on page 7 of the government's brief. It is a lot of legalese especially paragraph 6 of The agreement which seems to take away Paragraph 5 which says hey, we can't make an agreement not to prosecute you That's what the state's attorney's office, but then they go to section 6 So even if he had been charged with reading this without counsel I don't know how he would have concluded That he still didn't have a deal with the Decatur authorities and the federal authorities at that point in time And I do know your honors that in the government's brief. They say that the detectives went through that agreement You're referring to your honor line by line. That was not part of the record. That was not presented It was not considered by the judge and that was an affidavit submitted by Detective Jones prior to the hearing they made a decision not to call any witnesses on the issue of whether the parties reached an agreement, I understand there was at that hearing a Sort of agreement. They wouldn't go on to decide whether there was a breach But the government very well could have called witnesses at the hearing to rebut anything that mr Johnson said and they didn't so all the mr Johnson's testimony was found not only to be credible But it was unrebutted and the government suggests in their brief that the district court made some credibility findings with respect to mr Johnson the district court never in any of the hearings called in the question to the credibility of mr Johnson what the district court did was make a ruling as of law that it wasn't reasonable For mr. Johnson to rely upon the representations and therefore as a matter of law the federal government never agreed to a federal Non-prosecution agreement, but the way this case is different than all the cases cited by the government chiefly the Lilly case That's the case They always come back to which is the Tenth Circuit case and I think Lily's a good case for this court Because it kind of represents the typical situation that's confronted when a court is evaluating a non-prosecution agreement in Lily like many of the cases including this district the Individual who is defendant who stood in the shoes of what mr. Johnson finds himself in now was dealing with local law enforcement authorities also dealing at the DEA and Representations were made to him by local law enforcement and the DEA that he would not be prosecuted The court in Lily found well, that's not enough because there's no evidence that the US Attorney's Office was involved in those Negotiations and that's very different than this case because we have it every step of the way Federal involvement not only at the beginning where they tell him there's gonna be federal involvement, but there's more as we know When Powell who's the probation officer? She then goes and communicates directly with the assistant US attorneys at the time. I think it's a USA bomb He agrees. They all agree to sign off on the steel. They don't instruct Miss Powell to say to mr. Johnson who at that point they know does not have counsel Hey, make sure Johnson knows that this does not include an agreement not to prosecute federally, which they easily could have done instead They let miss Powell who they knew would communicate with. Mr. Johnson go back to mr Johnson and make the representation to him that the unit unit US Attorney's Office had signed off on the deal and we know from mr Johnson standpoint when he was given the deal in December, there was no limitation No one said to him. Well, we're not going to charge you from a state standpoint, but you can be charged federally So you had the US probation involvement at that point and the court might say well, that's not enough But what makes it all so different than Lily and these other cases is that? Miss Powell's notes reflect the fact that her her understanding of the deal was the same as mr Johnson's that there be no sentence and that he would not be charged and what's important is that not only does miss Powell Communicate with the US Attorney's Office It's undisputed that the detectives the law local law enforcement from the Decatur They to actually meet with the US Attorney's Office and get their sign up on this deal Again, it would have been quite simple for the US Attorney's Office who they knew we're gonna go talk to mr Johnson about this deal it would have been very easy for them to tell the detectives Hey, make sure you tell Johnson that this deal has nothing to do with federal charges Mr. Mr. Leonard, did they get sign off on this deal, which is the language you've used or sign off on His ability to cooperate with the Decatur police while he was on supervisory lease Well, that's what and what what do you have that shows the distinction there? Well all that they have in their records and miss Powell records are them agreeing to the deal Okay, they don't make any Limitation for instance, they don't say to the detectives or to miss Powell We're only going to agree that he won't be charged from a state standpoint We won't we we will we will not charge him. They also don't use the language the deal So we have to correct like it'd be a little more specific. We could call it the agreement What what they're presented with from the detectives are an agreement that hey we have Johnson on 2014 buys We're not going to charge him. Will you allow him to cooperate with us? That's the most we can say is what's been explained to the US Attorney's Office at the time likewise miss Powell from the record Explains to the US Attorney's Office that and her is her I think her notes and emails are more broad in that. She just indicates that he won't be charged He won't be sentenced. She doesn't make any limitations on state or federal So they're both presenting and a deal or an agreement to cooperate to the US Attorney's Office They're not making a limitation about whether it only relates to state or federal charges and in turn what I think is more significant Whatever happens in terms of those communications. What's more important? I believe is that the US Attorney's Office knowing that both the detectives and Miss Powell are going to go back and communicate the discussion to mr Johnson as they must and as they said they would they don't come back to mr Johnson and say hey look We have the sign off from the US Attorney's Office and from miss Powell and from judge Baker by the way But just so you know, it's limited only to state charges. No limitation has ever brought back to mr Johnson and as we know There's no dispute the beginning of his discussions with the caterer was that he would not be charged at all Wasn't limited to state or federal or excluded federal so that's what takes this case out of the mainstream of all the cases including Lily because we have a Case where the US Attorney's Office is actually involved and knows about the cooperation agreement or proposed cooperation agreement The universe US Attorney's Office knows that Representations are being made about what it is saying what it is agreeing to and they're allowing both Detectives and miss Powell to go back out into the world to mr. Johnson to make representations to what they're agreeing to let's assume there is some type of an agreement just for purposes sure of discussion One what don't you speak to the authority these individuals had to enter into such agreement? Including whether there was any such authority to bind the federal government. Sure in terms of the authority that cater police department I don't think there's any ever been a dispute that they had the ability to Enter into agreement to cooperate. Mr. Johnson. The government's never contested that below in the evidence. You're hearing They've never contested in their brief. So I don't think there's any evidence. This is they weren't authorized to do that So I would argue that the records reflective of the fact they posed that authority It's never been questioned on appeal or below with respect to miss Powell. I would agree with you judge that as a Group that however when she presents a cooperation deal to the U.S. Attorney's office in this situation and Specifically discusses it with them and they tell her that they agreed to the deal and allow her then to be the Communicator on their behalf. I believe she does have the authority that they've given her They put her out there sort of in an agency role saying hey, we're gonna allow you to talk to mr Johnson and communicate to him that we agree to this deal So I would argue so though the urso case says the person federal government can't be bound by apparent authority it's got to be actual authority and the probation officer would be a Representative of the judicial branch versus the executive branch So we even have a separation of powers question here, don't we? Sure Well, I would argue judge even if you found that to be true and this was an unauthorized agreement I would still point to the Lily case, which is seminal from the government's argument and in the government's brief. They argue that Essentially while the court rejected in Lily the idea that there's any fallback arguments any sort of due process arguments. That's not true Lily specifically states in its decision To be sure we acknowledge that some of our sister circuits have recognized an exception to this rule of actual authority When the government's non-compliance with an unauthorized promise Would render a prosecution fundamentally unfair those that's an exception to what you're talking about Even if this court were to find that miss Powell or the Decatur detectives were not in a position They didn't have actual authority It's a sort of due process fundamental fairness doctrine that would cause there to be an exception and we believe that exceptions Appropriate and unique to this case The reason they didn't apply it in a Lily case and say we're gonna we're gonna find that no one had authority But yet we're gonna enforce the deal is because in Lily the court relied upon the fact that there really wasn't any Federal involvement from the branch you're talking about your honor. There was no u.s Attorney involvement in that case. You had simply local law enforcement and then you had the DEA You didn't have any involvement whatsoever from the US Attorney's Office in Lily, but more importantly Lily also I'm sorry when you talk about a due process fairness exception. Are you saying this rises to the level of equitable immunity? Well, the courts have said that the doctrine And we're kind of parsing words, but the courts this court has said to that equitable stopple or waiver doesn't apply But what Lily calls it is a fundamental fairness doctrine They're not talking about the concept of just a stopple or waiver They're calling it a fundamental fairness doctrine that's been recognized by various circuits and for two reasons in Lily They didn't apply that but I think that case differs in two respects to one. We were just talking about but secondly it was very important in Lily to the court as it is most of these cases that the individual who was Bargaining with the government or agreeing with the government had counsel which mr. Johnson did not have do you want to address the most important thing you want to say about Brady before I do I do have three minutes for rebuttal, but I would like to say the two things that matter using up that time now But go ahead. Okay, I will I will do that The two things about Brady that I think matter the most and I would concede Especially based upon some recent Seventh Circuit case law including the bar case that they cite This court has taken the position that it really doesn't matter if you don't get to materials I don't I don't agree with that But it really doesn't matter if you don't get to materials timely if you ultimately get them and can put them to use But there's a fundamental difference between that case in this case The government says in their brief that essentially the rule 16 Brady issue doesn't matter Because number one they got everything they wanted which is not true that's that's the fundamental difference is in this case a USA Miller conceded to the district court that they Quotation marks lost all of the emails during the relevant time period why I'm gonna ask you to finish up Yeah, because they I'm not using I'm using my real time though. You already have. Okay. Okay. I thought it three minutes Okay, I'm sorry You did and it starts at the three-minute point so the two the two points are they lost all of the emails from the year search or stuff during the relevant time period and Secondarily all of Detective Jones's files were intentionally shredded Because the US Attorney's Office did not do their job put a litigation hold on and get those documents. Thank you Thank you very much. Mr. Leonard We'll now hear from the government. Mr. Miller May it please the court counsel Eugene Miller on behalf of the United States and we asked the court to affirm the district courts Finding that there was no Federal immunity agreement in this case and if there was no Brady violation We we disagree with many of the the facts alleged by the defense here that they claimed Were unrebutted and really to start at the beginning is to understand how this case took place And I think the court does understand. This is a defendant who was on federal supervised release he Sells drugs while I'm federal supervised release the Decatur Police Department wants to use him to cooperate And so they approach him at that time. They weren't even sure if he was on federal supervised release or not He being sophisticated tells them You know I'd like to cooperate but I need to get permission to do that because he knows he needs to for my probation officer because I'm On federal supervised release. So that's how this starts And so he contacts and the and the police department contact the probation officer About whether he can cooperate and that decision obviously has to be made by the district judge And so that's the proceeding that's taken place It's simply that as part of the process The probation office will consult with the US Attorney's Office to see if they're going to object to the defendants supervised release being in essence modified to Permit the defendant to cooperate while on supervised release and and in this case What they did the probation office sent an email the US Attorney's Office said the Decatur Police Department Actually, John Johnson would like to cooperate with the Decatur Police Department We the probation office have no objection. What's your position? And the AUSA at the time bomb said I have no objection and ultimately the response was Clear although the defense claims it was unclear what it was It was it was very succinctly stated the United States Attorney's Office said we have no objection to John Johnson's request to cooperate with the Decatur Police Department so there's nothing in a Communication to the probation office that there's not an objection to the defendants request to cooperate that would suggest Transactional immunity or any agreement not to prosecute after that As the record shows the probation officer went to the judge judge Baker judge Baker also said I will allow him to cooperate While he's on supervised release and this just to be clear. This is not unusual This is something that will occur on a regular basis And so then John Johnson was cooperating with the Decatur Police Department The US Attorney's Office was not involved in any way other than to not objecting to the modification of the terms of his This is this is not unusual for law enforcement and for the US Attorney's Office and for state Prosecutors office But does the fact that mr. Johnson was not counseled Separate this case as mr. Leonard has suggested in the briefs and here at oral argument from all others and Does the government or ought the government have some sort of obligation to make sure? the terms of any cooperation at any level and the limitations are clearly understood by a Defendant and particularly one who is not represented by counsel. I Always want defendants to understand the terms of their agreement and in this case there was a written agreement There was a written agreement Between the Decatur months three to four months after the cooperation That's not exactly correct. That was it was three or four months after they first approached. Mr. Johnson if you look at the emails it took a while for the process to go through for judge Baker to Allow the defendant to cooperate So when the agents went back to John Johnson To have him then he was approved to cooperate while I'm federal supervisor. At least they brought the written agreement So really when his cooperation started it started under the terms of this written agreement, which detective Jones testified They said that the defendants testimony was unrebutted, but that's not correct Detective Jones testified at sentencing hearing that he went over that agreement line by line With the defendant the defendant himself admitted at the evidentiary hearing that he signed it He just said that he didn't read it so the only written agreement that exists made it clear that there were no promises regarding the Prosecution of any offense there was there was testimony that when the officers approached him in December They told it him the cooperation. They had to know now now now he had to make the decision now now now So you are saying that it didn't formally begin until months later when there was judicial approval But this process started for mr. Johnson in December of 2015 It did the decision the decision whether he was willing to cooperate with authorities that that's right that decision started But there were no one told him at that time that he would not ultimately Be charged for the two sales of cocaine he had made on supervised release and in fact the probation officer testified That she told John Johnson that he was going to be even cooperating. He was going to be have his supervisor lease revoked for For selling drugs while he was on supervised release even if he cooperated now John Johnson testified that wasn't true He testified that both the detective and the probation officer told him that he would never be prosecuted of course this was years After the fact while the motion was pending in the judge hearing his testimony hearing the probation officers testimony found that there was no evidence that there was any federal agreement not to prosecute and I would disagree with something in defense that it Was said the government could have called more witnesses the judge after after though that testimony made that finding on the record there's no agreement to Not to prosecute and the United States then still wanted to call Detective Jones to testify at that hearing and the defense objected the defendant objected and the judge sustained that objection said well It's not relevant to have him come testify at this point I've already found there's no agreement whether he breached the agreement or not doesn't even matter because the state agreement because there's no federal Agreement, and I think that dovetails into the fundamental fairness argument This argument the cases that the defense has cited really are discussing use immunity or Fundamental fairness to using the defendant's statements against them where a defendant makes statements Under perhaps their reasonable if even if mistaken a reasonable belief that those statements would not be used against them That's not this case at all. There was no there's no discussion of using the defendant's statements against him he was He sold drugs while on audio and video to a DEA confidential informant That case is what he pled guilty to it had nothing to do with the statements He he made later regarding the drugs that he was still obtaining from from a source in Chicago So those in this case, there's no fundamental unfairness to the defendant in that he was not promised federal immunity and Whatever steps he took after he spoke with detective Jones nothing nothing was used against him after that The only thing that was used against him was evidence that was obtained long before he was ever approached by the Decatur Police Department, so we go back really to the legal principle Which really is is what controls this case ultimately what what Judge Mim found? which is that only the federal prosecutors the US Attorney's Office can convey an Agreement not to prosecute or transactional immunity and that is simply not here further to that if we find that sovereign immunity trumps apparent authority What is the remedy for a defendant who? Could be deceived by state officials into believing he's been promised federal immunity Is it just on the defendant to know I got to talk to a Fed if I'm talking to a Fed then I could get It if I'm not talking to a Fed then I can't what's the potential remedy? Well, I think these remedies are in those other cases we see for example if Believing that he would not be prosecuted he makes statements right then the court could step in and say well Those statements aren't going to be used against him because he acted in reliance Reasonably acted in reliance on on promises that were given by the state authority But several of those cases are in fact about transactional immunity and not use immunity and those defendants were found not to have been Not to have earned protection Not to have earned protection. That's right. That's correct that that is the legal principle that I was responding to the question as to what where could the court step in when it feels Like there is significant overreach perhaps intentional conduct on the part of the government. That's not this case at all I mean in this case the judge found that no one Not state authorities not the probation office not the US Attorney's Office Promised the defendant that he would not be prosecuted It also found that if they had which he found they did not that they could not bind the US Attorney's Office Which clearly could not have promised immunity to John Johnson as The US Attorney's Office had no contact with John Johnson and he acknowledged the only contact he had was with the Decatur Police Department And then with his probation officer who he'd had contact with throughout the time. He was on federal Supervised release and then the court went further and even found hearing all the testimony being the position to observe the demeanor and manner of the defendant when he testified the manner and demeanor of the probation officer when she testified he even further found and looked at the record all the all the Probation officer records that were admitted into evidence. He found that in fact the defendant could not reasonably believe that he would not be prosecuted For those those prior sales, can we move to Brady? Yes Mr. Miller, why did it take two years for the government to ultimately turn over everything there were? At least two instances where officer Powell Responded to the US Attorney's Office and said I have I have material I have answers and it took months for follow-up There was one instance where she herself took to two months to respond or three months but for the most part most of that delay in the record contrary to some statements by the government during the course of litigation was on the US Attorney's Office and It took multiple attempts and then finally the district court giving the US Attorney's Office a two-week turnaround To get the final bit of information and isn't that the sort of dilatory conduct that really does impair Defendants due process rights. Well First respond we would in the position we've taken is that the information that the defendant requested was not is not Brady material and Moreover that the initial information that The court is discussing is information that was in the possession of the probation office Which were judicial records which was required required a court order to get we actually did reach out to the probation office and They would not turn over records without a court order and Then the defense filed without any objection. In fact concurrence the United States a motion for that information Then those judicial records were turned over at the same time to both parties the defense and the United States Attorney's Office And then that information was in the hands of the defense at the time of the evidentiary hearing and in fact What they said was after having I think about a month before the evidentiary hearing is when they then said right before the hearing We're gonna file a motion for sanctions, but if you will Agree to dismiss the indictment, then we won't file the motion in position United States was That's not you know Our position is that we are going to continue to go forward because there is no federal immunity and then they filed a motion Then after that motion was filed It was then at an additional hearing that then they requested additional new information If you look at their discovery request, which was filed at the end those all related to information concerning now I said the defendants cooperation and his breach Before they were requesting information Under their theory that we want all the information that relates to a non-prosecution agreement Well none existed none ever existed in this case So then they they switched the tax and they wanted information related to the things that the defendant had been doing While he was cooperating and the information on other investigations That related to the defendants continuing drug trafficking activity that breached the cooperation agreement So this was all new and additional information and the United States actually does not believe as we stated in our objection This report that it was discoverable information, but we did provide it all it included the request internal US Attorney's Office emails those are clearly not discoverable, but We turned them over to the judge in Cameron the judge Provided several of those that he thought were I guess relevant Even though they were not discoverable to the defense and the judge concluded that all of that information Worked against the defendant. It showed that there was no Agreement not to prosecute and we Agree with that. I believe that those internal emails showed that as well But that they were as a matter of policy internal the US Attorney's Office Deliberative emails are not discoverable and we certainly couldn't take the position That they should just be I'm turned over because they happen to be favorable to us in this case So that was that was our position. But as judge Mims succinctly found Ultimately all the information Was provided to the defendant he points to no information that would be favorable that he didn't have What about the final two categories that counsel noted in his reply and then again today? The the emails from the US Attorney's Office that would have been purged because of the three-year purge policy and then detective Jones's file Well, the lost emails he refers to are the emails that the probation office had So that's the probation office turned over those emails Just it was basically the brief emails where the United States Attorney's Office says we have no objection to John Johnson's request to cooperate with The Decatur Police Department, so they had that and then asked for Detective Jones phone it is true He said intentionally destroyed the Agents as many people do I believe he was on his third phone by the time this case Got to the point where they were requested to his notes He says he did he when he finishes a notebook he destroys his notes after some time He wasn't under an obligation from you all to preserve anything and if you'll let they corrected that in the sense here to make it clear that was before though that John Johnson was Charged in our federal case if you go back and look at the record He just says what he did routinely it wasn't until after the evidentiary hearing that the defense in fact requested Information related to the defendants breach of the agreement. That's what that information was that information was what he was doing to cooperate and What was the investigation that showed that he breached the agreement? And I would say that goes to fundamental fairness as well ultimately we never got there because there's just clearly on this record no federal agreement not to prosecute, but if there had been the the defendant whatever that agreement was the defendant clearly would have violated that agreement by continuing to engage in large-scale drug trafficking while he's Supposed to be cooperating with agents. There certainly is no issue of Fundamental fairness in this instance Thank You Mr.. Miller. Thank you. Thank you as well. Mr.. Leonard the case will be taken under advisement Thanks to both counsel